IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| BRANDI LEE DOLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-503-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Brandi Lee Dollins is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On May 11, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until June 1, 2009, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits under Title II of the Social Security Act be, and is hereby, affirmed.

SIGNED June 2, 2009.

_____
JOHN McBRYDE
United States District Judge